IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| CIMON LOVESS,                     )<br>                                                  )<br>          Plaintiff,                       )  Civil Action No.<br>                                                  )<br>v.                                                )  From the Circuit Court for<br>                                                  )  Baltimore County<br>loanDepot.com, LLC,              )  Case No. 03C17005247<br>                                                  )<br>          Defendant.                    ) | |

## NOTICE OF REMOVAL

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant loanDepot.com, LLC ("loanDepot") hereby removes to this Court the state action currently pending in the Circuit Court for Baltimore County Maryland described more fully below:

1.   On May 31, 2017, a civil action was commenced in the Circuit Court for Baltimore County Maryland entitled *Cimon Lovess v. loanDepot.com, LLC*, as case number 03-C-17-005247 OC (the "State Action").  True and correct copies of all pleadings, process and orders served on loanDepot in the State Action are attached hereto as Exhibit "A" and incorporated herein.

2.   LoanDepot's registered agent was personally served with a copy of the Summons and Complaint on or about July 5, 2017.

3.   In the Complaint, Plaintiff alleges loanDepot procured Plaintiff's credit report without a permissible purpose to do so in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681b(f).

4. Plaintiff seeks actual, punitive, and statutory damages, as well as costs and attorneys' fees in the event Plaintiff obtains an attorney.

5. The United States District Court has original jurisdiction over Plaintiff's claim because the allegations contained in the Complaint arise under the Constitution, laws, or treaties of the United States. 28 U.S.C. §1331.

6. The United States District Court for the District of Maryland is the District Court for the district embracing the entire state of Maryland, where the State Action is currently pending. Venue is therefore proper in this district pursuant to 28 U.S.C. § 1441(a).

7. This Notice of Removal was filed within thirty days of service of the Complaint upon loanDepot and one year of the commencement of the action. It is therefore timely under 28 U.S.C. §1446(b)(1).

8. At the time of filing this Notice of Removal, no other defendants have appeared in the State Action.

9. Pursuant to 28 U.S.C. §1446(d), loanDepot served a copy of this Notice of Removal on Plaintiff and filed the same with the Clerk of the Circuit Court for Baltimore County Maryland.

Dated: August 2, 2017

**OF COUNSEL**
Ellen B. Silverman, *pro hac vice pending*
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY, 10022
Tel:   212-471-6241
Fax:   212-935-1166
ESilverman@hinshawlaw.com

*/s/ Marios J. Monopolis*
Marios J. Monopolis
201 International Circle, Suite 250
Hunt Valley, Md 21030
Tel:   410-783-5795
Fax:   410-510-1789
mjmonopolis@simmsshowers.com

*Attorneys for Defendant loanDepot.com, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2017 I caused the foregoing Notice of Removal to be served on Plaintiff by first class, postage prepaid, U.S. mail as follows:

TO:    Cimon Lovess
           5546 Channing Road
           Baltimore, MD 21229
           Tel: 443-248-2609

                                              */s/ Marios J. Monopolis*
                                              Marios J. Monopolis

300246766v1 0999932