IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CIMON LOVESS | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.   JKB-17-2186 |
| LOANDEPOT.COM, LLC, et al. | * | |
| Defendants | * | |

******

## ORDER

Plaintiff, having failed to respond to the Court's order of September 6, 2017 (ECF No. 24), has failed to prosecute this case. Accordingly, it is this 25th day of September, 2017,

ORDERED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 103.8.b.

/s/
James K. Bredar
United States District Judge

1